76 So.3d 1128 (2012)
Gary P. VANLOOVEN, Petitioner,
v.
Leslie A. VANLOOVEN, Respondent.
No. 1D11-6032.
District Court of Appeal of Florida, First District.
January 9, 2012.
Joseph L. Mannikko, and E. Barbara Baris of Mannikko & Baris, Macclenny, for Petitioner.
Matthew L. Rhodes, Assistant Public Defender, Callahan, and Phyllis M. Rosier, Eighth Judicial Circuit Court Judge, Starke, for Respondent.
PER CURIAM.
DENIED. See R.M.C. v. D.C., ___ So.3d ___, 2012 WL 29155 (Fla. 1st DCA 2012).
VAN NORTWICK, THOMAS, and RAY, JJ., concur.